# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**DONOVAN WILLINGHAM**                             **PETITIONER**

v.                                          CIVIL NO. 1:17cv174-HSO-MTP

**STATE OF MISSISSIPPI**                              **RESPONDENT**

## FINAL JUDGMENT OF DISMISSAL

This matter came on to be heard on the Report and Recommendation [21] of United States Magistrate Judge Michael T. Parker, entered in this case on April 16, 2018, and Petitioner Donovan Willingham's Objection to the Report and Recommendation [22], filed April 30, 2018. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [21], the Petition [1], Petitioner's Objection [22], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this Civil Action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 15th day of May, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE